IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARD ALONSO,

    Plaintiff,

    v.                                     No. CIV 13-0958 KG/SMV

CHAVES COUNTY DETENTION CENTER,

    Defendant.

MEMORANDUM OPINION AND ORDER

    This matter is before the Court, *sua sponte* under 28 U.S.C. § 1915(e)(2) and rule 12(b)(6) of the Federal Rules of Civil Procedure, on Plaintiff's civil rights complaint (Doc. 5). Plaintiff is incarcerated, appears pro se, and is proceeding in forma pauperis. For reasons set out below, Plaintiff's claims will be dismissed.

    The Court has the discretion to dismiss an in forma pauperis complaint *sua sponte* under § 1915(e)(2) "at any time if . . . the action . . . is frivolous or malicious; [or] fails to state a claim on which relief may be granted." The Court also may dismiss a complaint *sua sponte* under rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim if "it is 'patently obvious' that the plaintiff could not prevail on the facts alleged, and allowing him an opportunity to amend his complaint would be futile." *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (quoting *McKinney v. Oklahoma, Dep't of Human Services*, 925 F.2d 363, 365 (10th Cir. 1991)). A plaintiff must allege "enough facts to state a claim to relief that is plausible on its face." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007). In reviewing Plaintiff's pro se complaint, the Court applies the same legal standards applicable to pleadings drafted by counsel but liberally construes the allegations. *See Northington v. Jackson*, 973 F.2d 1518, 1520-21 (10th Cir. 1992).

    Plaintiff alleges that he suffered injuries from excessive force by correctional officers and

was placed in an unsanitary cell. He seeks damages and certain equitable relief. The complaint names the Chaves County Detention Center as the only Defendant. The Detention Center may not be sued in this § 1983 action. "[A] detention facility is not a person or legally created entity capable of being sued." *White v. Utah*, 5 F. App'x 852, 853 (10th Cir. 2001). The Court will dismiss Plaintiff's claims against this Defendant. If Plaintiff wishes to pursue claims against individual Defendants, he may file an amended complaint naming the individuals who allegedly committed the violations. It is not "the proper function of the district court to assume the role of advocate for the *pro se* litigant." *Richards v. Bellmon*, 941 F.2d 1015, 1019 n.3 (10th Cir. 1991). Failure to comply with this Order may result in dismissal of this action.

IT IS THEREFORE ORDERED that Plaintiff's claims against the named Defendant Chaves County Detention Center are DISMISSED;

IT IS FURTHER ORDERED that, within twenty-one (21) days from entry of this Order, Plaintiff may file an amended complaint naming individual Defendants who allegedly committed the violations.

_____
UNITED STATES DISTRICT JUDGE

2