IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARD ALONSO,

    Plaintiff,

    v.                                                        No. CIV 13-0958 KG/SMV

SGT. ELI CHAIDEZ, CP. RENE ALVAREZ,
LT. EASY SANCHEZ, LT. NICOLE ROGERS,
SGT. LARANDA DILLEY,

    Defendant.

MEMORANDUM OPINION AND ORDER

    This matter is before the Court, *sua sponte* under 28 U.S.C. § 1915(e)(2) and rule 12(b)(6) of the Federal Rules of Civil Procedure, on Plaintiff's original and amended civil rights complaints (Docs. 1, 5, 8, 15). As noted in a previous order, Plaintiff alleges that he suffered injuries from excessive force by correctional officers and was placed in an unsanitary cell. Plaintiff seeks damages and certain equitable relief.

    The Court's previous order required Plaintiff to identify individuals who committed the alleged violations. The amended complaint (Doc. 15) that Plaintiff filed in response to the order names five individuals as Defendants, but again fails to "make clear exactly *who* is alleged to have done *what* to *whom*." *Robbins v. Oklahoma*, 519 F.3d 1242, 1249-50 (10th Cir. 2008) (internal citations omitted). The previous version of the complaint (Doc. 8) names no individual Defendants but alleges that Defendants Alvarez and Chaidez shot plastic bullets at Plaintiff's face, and Defendant Rogers struck him in the eye. The Court construes Docs. 8 and 15 together as the operative complaint in this action.

    No allegations are made against Defendants Sanchez and Dilley, and the Court will dismiss

claims against them for failure to allege their personal involvement in the violations. *See Mitchell v. Maynard*, 80 F.3d 1433, 1441 (10th Cir. 1996).

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants Sanchez and Dilley are DISMISSED, and Defendants Sanchez and Dilley are DISMISSED as parties to this action;

IT IS FURTHER ORDERED that the Clerk is directed to issue notice and waiver of service forms, with copies of the complaint (Docs. 8, 15) and this Order, for Defendants Alvarez, Rogers, and Chaidez.

_____
UNITED STATES DISTRICT JUDGE