IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWARD ALONSO,

    Plaintiff,

   v.                                                          No. 13-cv-0958 KG/SMV

**CHAVES COUNTY DETENTION CENTER,**
**SGT. ELI CHAIDEZ, CP. RENE ALVAREZ,**
**LT. EASY SANCHEZ, LT. NICOLE ROGERS,**
**and SGT. LARANDA DILLEY,**[1]

    Defendants.

## ORDER TO SHOW CAUSE

    This matter is before the Court sua sponte. The record indicates that recent mailings to Plaintiff have been returned undelivered [Docs. 19, 20]. It appears that Plaintiff has changed his address without notifying the Court, as required by D.N.M.LR-Civ 83.6, and has therefore severed contact with the Court. Because Plaintiff has failed to comply with the Court's local rules, *see Baker v. Suthers*, 9 F. App'x 947, 949 (10th Cir. 2001) (unpublished), he will be required to show cause why his complaint should not be dismissed. Failure to comply with this Order may result in dismissal without further notice.

    **IT IS THEREFORE ORDERED** that, **within fourteen (14) days** from entry of this Order, Plaintiff notify the Clerk in writing of his current address, or otherwise show cause why this action should not be dismissed.

    **IT IS SO ORDERED.**

                                                                         **STEPHAN M. VIDMAR**
                                                                        **United States Magistrate Judge**

---

[1] Defendant Chavez County Detention Center was dismissed on January 16, 2014. [Doc. 14]. Defendants Sachez and Dilley were dismissed on June 10, 2014. [Doc. 18].