IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARD ALONSO,

    Plaintiff,

  v.                                                   No. CIV 13-0958 KG/SMV

SGT. ELI CHAIDEZ, CP. RENE ALVAREZ,
LT. NICOLE ROGERS,

    Defendant.

ORDER OF DISMISSAL

This matter is before the Court *sua sponte*.  By order entered on June 25, 2014, the Court directed Plaintiff to notify the Clerk in writing of his current address, or otherwise show cause why this action should not be dismissed.  Plaintiff has not responded to the order.  Because Plaintiff has failed to comply with a Court order and local rules, or to show cause for excusing these failures, the Court will dismiss his complaint.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED without prejudice, and this action is DISMISSED.

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE